No. 90–385. HENNEBERRY, DIRECTOR, PATUXENT INSTITUTION *v.* SUTTON. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–425. ARMONTROUT, WARDEN *v.* CHAMBERS. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1193. B & H INDUSTRIES OF SOUTHWEST FLORIDA, INC. *v.* DIETER ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1738. LEWIS, TRUSTEE FOR JOSEPH M. EATON BUILDERS, INC. *v.* DIETHORN ET UX. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1855. ST. JOSEPH'S HOSPITAL & MEDICAL CENTER *v.* MARICOPA COUNTY. Ct. App. Ariz. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1900. GENERAL TELEPHONE COMPANY OF THE NORTHWEST, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–225. EALY, AN INFANT, BY EALY ET AL., GUARDIANS *v.* RICHARDSON-MERRELL, INC. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 89–1499. PLAZZO ET AL. *v.* NATIONWIDE MUTUAL INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 89–1580. SHERMAN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.